AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No.   25- 996 (M)
INFORMATION ASSOCIATED WITH: An IPHONE 16, )
SERIAL NUMBER JNMP7C14MX as further described in )
attachemnt A. )

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Puerto Rico _____
*(identify the person or describe the property to be searched and give its location)*:

INFORMATION ASSOCIATED WITH AN IPHONE 16, SERIAL NUMBER JNMP7C14MX, as described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before    November 12, 2025    *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Magistrate Judge on duty   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for  30  days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:     October 29, 2025 at 2:01 p.m.         _____    Digitally signed by Hon. Giselle López-Soler
                                                                   Judge's signature

City and state:     San Juan, Puerto Rico         Magistrate Judge Giselle Lopez Soler
                                                  *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.<br>25- 996 (M) | Date and time warrant executed:<br>11/7/25 | Copy of warrant and inventory left with: |
| Inventory made in the presence of : Hector Gonzalez |||
| Inventory of the property taken and name of any person(s) seized:<br><br>Extraction of iPhone 16; Serial Number JNMP7C14MX |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/7/25

_Executing officer's signature_

Neftali Valdes, FBI Special Agent
_Printed name and title_

## ATTACHMENT A

*Description of the device to be searched*

An iPhone 16, Serial Number JNMP7C14MX. The DEVICE is currently in the custody of Federal Bureau of Investigation, located in a secure location in the Evidence Control Room, in San Juan, Puerto Rico. This warrant authorizes the forensic examination of the DEVICE for the purpose of identifying the electronically stored information described in Attachment B. Photographs below.

 

## ATTACHMENT B – ITEMS TO BE SEARCHED FOR AND SEIZED

1. Any files or videos containing images of child pornography in any form whatsoever, as defined by Title 18, United States Code, Section 2256.

2. Any chat logs, text messages, social application messages in any form that may constitute a violation of Title 18, United States Code, Section 2251(a) – production and attempted production of child pornography; and Title 18, United States Code, Section 2252(a)(4)(B) – possession of child pornography; and Title 18, United States Code, Section 2423(a) - transportation of a minor with the intent to engage in criminal sexual activity that may be stored or found within the DEVICE, or on any memory storage device that might be located within the DEVICE.

3. Evidence of who used, owned, or controlled the DEVICE such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, emails, email contacts, "chat," instant messaging logs, photographs, videos, and correspondence;

4. Evidence of the times the DEVICE was being used;

5. Information stored on the DEVICE that may be necessary to access the DEVICE or to conduct a forensic examination of the DEVICE;

6. Records of or information about Internet Protocol addresses used by the DEVICE;

7. Records of or information about the DEVICE'S Internet activity, related to the above offenses, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.